UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL., BILL LOCKYEAR, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, <br><br>        Plaintiff,<br><br>   v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1-100,<br><br>        Defendants. | NO. CIV. S-05-143 GEB PAN |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>        Plaintiff,<br><br>   v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1-100,<br><br>        Defendants. | NO. CIV. S-05-518 GEB PAN <br><br> <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        The parties' stipulated request to continue the Status Conference in these cases is granted. The Status Conference currently scheduled for July 11, 2005, is continued to August 22, 2005, at

1  9:00 a.m.  A joint status report shall be filed no later than
2  August 8, 2005.[1]
3          IT IS SO ORDERED.
4  Dated:  May 27, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1]     The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to timely file the document in accordance with this Order.  In the event a party fails to participate as ordered, the party or parties timely submitting the document shall include a declaration explaining why they were unable to obtain the cooperation of the other party.

2