```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


PEOPLE OF THE STATE OF CALIFORNIA        )
EX REL. BILL LOCKYER, ATTORNEY GENERAL   )
OF THE STATE OF CALIFORNIA,              )
                                         )
               Plaintiff,                )
                                         )
       v.                                )
                                         )
POWEREX CORP., a Canadian Corporation,   )
dba POWEREX ENERGY CORP.,                )   CIV-S-05-143    GEB PAN
and DOES 1 - 100,                        )   CIV-S-05-518    GEB PAN
                                         )   CIV-S-05-1216   DFL DAD
               Defendant.                )
                                         )            ORDER
CALIFORNIA DEPARTMENT OF WATER           )
RESOURCES,                               )
                                         )
               Plaintiff,                )
                                         )
       v.                                )
                                         )
POWEREX CORP., a Canadian Corporation,   )
dba POWEREX ENERGY CORP.,                )
and DOES 1 - 100,                        )
                                         )
               Defendant.                )
                                         )
PEOPLE OF THE STATE OF CALIFORNIA        )
EX REL. BILL LOCKYER, ATTORNEY GENERAL   )
OF THE STATE OF CALIFORNIA,              )
                                         )
               Plaintiff,                )
                                         )
       v.                                )
                                         )
POWEREX CORP., a Canadian Corporation,   )
dba POWEREX ENERGY CORP.; PUBLIC         )
SERVICE COMPANY OF NEW MEXICO;           )
and DOES 1 - 100,                        )
                                         )
               Defendants.               )
                                         )
```

1

1   On June 17, 2005, Powerex Corp. filed a Notice of Related Cases document in CIV-S-05-1216.[1] Although the earlier filed actions were related so that the same magistrate judge would be assigned to both actions, when the remand motions filed in those actions were analyzed, the non-relatedness of the actions was discerned.

The latest filed action is not related to the earlier filed actions since the actions involve different legal claims and factual allegations. Specifically, the latest filed action is based on an alleged conspiracy between Powerex Corp., Public Service Company of New Mexico, and the Colorado River Commission, whereas the earlier filed actions are not based on a conspiracy claim and do not mention either the Public Service Company of New Mexico or the Colorado River Commission.

IT IS SO ORDERED.

Dated:  June 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The document was not filed in the earlier filed actions as required by Local Rule 83-123(b). See L.R. 83-123(b) ("Counsel who has reason to believe that an action on file or about to be filed is related to another action on file . . . shall promptly file in each action and serve on all parties in each action a Notice of Related Cases.").