UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL., BILL LOCKYEAR, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1-100,<br><br>    Defendants. | 2:05-cv-00143-GEB-PAN |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>    Plaintiff,<br><br>    v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1-100,<br><br>    Defendants. | 2:05-cv-518-GEB-PAN<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

            The parties' stipulated request to continue the Status Conference in these cases is granted. The Status Conference currently scheduled for August 22, 2005, is continued to October 3, 2005, at

1

9:00 a.m.  A joint status report shall be filed no later than September 19, 2005.[1]

IT IS SO ORDERED.

Dated:  August 1, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to timely file the document in accordance with this Order.  In the event a party fails to participate as ordered, the party or parties timely submitting the document shall include a declaration explaining why they were unable to obtain the cooperation of the other party.