1  STEVEN H. GURNEE, ESQ. SB# 66056
   JOHN A. MASON, ESQ. SB#166996
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, California  95661-3805
   Telephone   (916) 797-3100
4  Facsimile    (916) 797-3131

   J. CLIFFORD GUNTER III (Texas Bar No. 08627000)
5  ANDREW EDISON (Texas Bar No. 00790629)
   BRACEWELL & GIULIANI LLP
6  Pennzoil Place – South Tower
   711 Louisiana Street, Suite 2300
7  Houston, TX 77002-2781

   Attorneys for Defendant
8  POWEREX CORP., a Canadian Corporation

9

10                UNITED STATES DISTRICT COURT FOR THE

11                 EASTERN DISTRICT OF CALIFORNIA

12  CALIFORNIA DEPARTMENT OF            ) Case No.  2:05-CV-00518-GEB-PAN
    WATER RESOURCES                     )
13                                      )
              Plaintiff,                ) **STIPULATED REQUEST AND**
14                                      ) **PROPOSED ORDER TO CONTINUE**
        vs.                             ) **HEARING ON PLAINTIFF'S MOTION**
15                                      ) **TO ALTER OR AMEND JUDGMENT**
    POWEREX CORP., a Canadian Corporation, ) **AND FOR LEAVE TO AMEND**
    dba POWEREX ENERGY CORP., and DOES ) **COMPLAINT**
16  1 - 100,                            )
                                        )
17                                      )
              Defendants.               ) Hearing:      October 11, 2005
18                                      ) Time:         9:00 a.m.
                                        ) Courtroom:    10
19                                      ) Judge:        The Honorable Garland E.
                                        )               Burrell, Jr.
20                                      )
                                        ) Complaint filed:  February 10, 2005

21      The parties, by and through their counsel of record, respectfully request the Court to

22  continue the hearing date for Plaintiff's Motion to Alter Or Amend Judgment and for Leave to

23

24

25

Stipulation to Continue Motion to Amend Judgment                                      -1-

1  File Amended Complaint from its current date of October 11, 2004 to October 24, 2004 at 9:00

2  a.m.  All parties agree to the proposed new hearing date.

3        Counsel for all parties stipulate that good cause exists to continue the hearing date on this

4  motion because counsel for Powerex Corp., Andrew Edison of Bracewell & Giuliani LLP, whose

5  office is in Houston, Texas, was among the 2 million residents of the Houston metropolitan area

6  forced to evacuate the city late last week due to Hurricane Rita.  Due to this evacuation, Mr.

7  Edison has been without access to file materials, research and support staff necessary to comply

8  with the current deadline of Tuesday, September 27, 2005 to file Powerex Corp.'s points and

9  authorities in opposition to Plaintiff's motion.  Accordingly, all parties agree that it is in the

10  interests of justice to continue the hearing on this matter to October 24, 2005 so that Powerex

11  Corp.'s counsel will have sufficient time to prepare and file its opposition brief.

12        Based on the foregoing, the parties respectfully request that the Court issue an Order

13  continuing the hearing on Plaintiff's Motion to Alter Or Amend Judgment and for Leave to File

14  Amended Complaint to October 24, 2004 at 9:00 a.m. in Department 10 of this Court.

15        **IT IS SO STIPULATED.**

16  Dated:  September 26, 2005                    GURNEE & DANIELS LLP

17
                                                 By:_____/s/Steven H. Gurnee_____
18                                               STEVEN H. GURNEE
                                                 JOHN A. MASON
19                                               GURNEE & DANIELS LLP

20                                               J. CLIFFORD GUNTER III
                                                 ANDREW M. EDISON
21                                               BRACEWELL & GIULIANI LLP

22                                               Attorneys for Defendant Powerex Corp.

23  ////

24

25

1    Dated: September 26, 2005          BILL LOCKYER
                                        Attorney General of the State of
2                                       California

3
                                        TOM GREEN
4                                       Chief Assistant Attorney General
                                        MARK BRECKLER
5                                       Senior Assistant Attorney General
                                        MARTIN GOYETTE
6                                       Supervising Deputy Attorney General

7
                                        _____/s/Annadel A. Almendras_____
8                                       ANNADEL A. ALMENDRAS
                                        Deputy Attorney General
9
                                        Attorneys for California Department of
10                                      Water Resources

11
     **IT IS SO ORDERED.**
12
     DATED:  September 26, 2005          /s/ Garland E. Burrell, Jr._____
13                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25