STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California  95661-3805
Telephone   (916) 797-3100
Facsimile    (916) 797-3131

J. CLIFFORD GUNTER III (Texas Bar No. 08627000)
ANDREW EDISON (Texas Bar No. 00790629)
BRACEWELL & GIULIANI LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Attorneys for Defendant
POWEREX CORP., a Canadian Corporation

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1 - 100,<br><br>　　　　Defendants. | Case No.  2:05-CV-00518-GEB-PAN<br><br>**STIPULATED REQUEST AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR POWEREX CORP. TO FILE AND SERVE ITS RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT [LOCAL RULE 6-144]**<br><br>Complaint filed: February 10, 2005 |

　　　　Pursuant to Local Rule 6-144, Defendant Powerex Corp. by and through its counsel of record, respectfully requests the Court to extend the deadline for it to file and serve its response

Stipulation to Extend Deadline to File and Serve Response to First Amended Complaint         -1-

to Plaintiff's First Amended Complaint until 15 days after the Court issues its Order on Plaintiff's motion to remand this case to Sacramento County Superior Court. Plaintiff's First Amended Complaint was filed and served on Powerex Corp. on November 9, 2005, and Plaintiff's Motion to Remand this case to Sacramento County Superior Court is scheduled to be heard on December 19, 2005 at 9:00 a.m. in Department 10 of this Court. Plaintiff California Department of Water Resources stipulates to the extension of time for Powerex Corp. to file its response to the Amended Complaint.

Counsel for all parties agree that extending the deadline for Powerex Corp. to respond to Plaintiff's First Amended Complaint as requested hereinabove would promote judicial economy and be in the best interests of both the parties and the Court given the fact that, should this matter be remanded to Sacramento County Superior Court following the December 19, 2005 hearing on Plaintiff's Motion to Remand, it will not be necessary for Defendant to file any responsive pleading in this Court.

Based on the foregoing, the parties respectfully request that the Court issue an Order extending the deadline for Powerex Corp. to file and serve its response to Plaintiff's First Amended Complaint until 15 days after this Court issues its ruling on Plaintiff's motion to remand the matter to Sacramento County Superior Court.

///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated:  November 28, 2005                               GURNEE & DANIELS LLP


By:      /s/Steven H. Gurnee
STEVEN H. GURNEE
JOHN A. MASON
GURNEE & DANIELS LLP

J. CLIFFORD GUNTER III
ANDREW M. EDISON
BRACEWELL & GIULIANI LLP

Attorneys for Defendant Powerex Corp.


Dated: November 28, 2005                                BILL LOCKYER
Attorney General of the State of
California


TOM GREEN
Chief Assistant Attorney General
MARK BRECKLER
Senior Assistant Attorney General
MARTIN GOYETTE
Supervising Deputy Attorney General


     /s/Annadel A. Almendras
ANNADEL A. ALMENDRAS
Deputy Attorney General

Attorneys for California Department of
Water Resources


**IT IS SO ORDERED.**

DATED:  December 1, 2005                         /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation to Extend Deadline to File and Serve Response to First Amended Complaint        -3-