```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


CALIFORNIA DEPARTMENT OF WATER    )    2:05-CV-00518-GEB-EFB
RESOURCES,                        )
                                  )
              Plaintiff,          )
                                  )
         v.                       )
                                  )
POWEREX CORP.,                    )
                                  )
              Defendant.          )
                                  )
                                  )
CALIFORNIA DEPARTMENT OF WATER    )    2:08-CV-1981-MCE-DAD
RESOURCES,                        )
                                  )
              Plaintiff,          )
                                  )
         v.                       )
                                  )
POWEREX CORP.,                    )
                                  )    RELATED CASE ORDER
                                  )
              Defendant.          )
                                  )
```

On August 26, 2008, Defendant filed a Notice of Related Cases document concerning the above-entitled actions. Since the actions are identical, action CIV NO. S-08-1981 is reassigned to District Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings. Further, the pleadings

filed in 08cv1981 shall be filed in 05cv518, and 08cv1981 is closed.

IT IS SO ORDERED.

Dated:  August 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge