UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF WATER RESOURCES )<br>)<br>    Plaintiff, )<br>    vs. )<br>)<br>POWEREX CORP., a Canadian Corporation, )<br>dba POWEREX ENERGY CORP. )<br>)<br>    Defendant. )<br>_____ ) | Case No. 2:05-CV-00518-GEB-EFB<br><br>**ORDER EXTENDING EXPERT WITNESS DEADLINES**<br><br><br><br>Complaint filed: February 10, 2005 |

Pursuant to the January 7, 2009 Stipulation by all parties to this action, by and through their respective counsel, this Court's August 21, 2008 scheduling order is hereby modified as follows: initial expert disclosures and report requirements are due on or before May 13, 2009, with any rebuttal expert disclosure due on or before June 11, 2009. All other deadlines set forth in the August 21, 2008 scheduling order remain in effect.

IT IS SO ORDERED.

DATED: January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

**[PROPOSED] ORDER TO EXTEND EXPERT WITNESS DEADLINES**                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   **[PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES**                                              1