1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

12
| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF WATER RESOURCES,** | 2:05-CV-00518-GEB EFB |
| Plaintiff, | **[Proposed] SECOND ORDER EXTENDING EXPERT WITNESS DEADLINES** |
| v. | |
| **POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP.,** | |
| Defendants. | Action Filed:  February 10, 2005: |

        Pursuant to the March 2, 2009 Stipulation by all parties to this action, by and through their

respective counsel, this Court's August 21, 2008 scheduling order, as modified by its January 8,

2009 Order Extending Expert Witness Deadlines, is hereby modified as follows:

        1.      Initial expert disclosures and report requirements are due on or before June 17, 2009;

and

        2.      Rebuttal expert disclosures are due on or before July 17, 2009.

///

///

1

1    All other deadlines set forth in the August 21, 2008 scheduling order remain in effect.

2    IT IS SO ORDERED.

3    Dated: 3/3/09

4

5    _____
     GARLAND E. BURRELL, JR.

6    United States District Judge

7

     SF2005101341
8    40309541.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28