STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California 95661-3805
Telephone (916) 797-3100
Facsimile (916) 797-3131

J. CLIFFORD GUNTER III (Texas Bar No. 08627000)
BRACEWELL & GIULIANI LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

ANDREW EDISON (Texas Bar No. 00790629)
EDISON, MCDOWELL & HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway
Suite 2920
Houston, TX 77027

Attorneys for Defendant
POWEREX CORP., a Canadian Corporation

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF WATER RESOURCES<br><br>Plaintiff,<br><br>vs.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP.<br><br>Defendant. | Case No. 2:05-CV-00518-GEB-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND THE DECLARATION OF J. CLIFFORD GUNTER AND ACCOMPANYING EXHIBIT**<br><br>Date: Wednesday, March 18, 2009<br>Time: 10:00 a.m.<br>Dept: 25<br>Magistrate Judge: Edmund F. Brennan |

On March 10, 2009, pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 39-141, and the Stipulation and Protective Order entered on January 22, 2009 (Docket Entry 111), Defendant Powerex Corp. ("Powerex") filed an Administrative Motion to File Under Seal portions of its Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a Protective Order and Portions of the Declaration of J. Clifford Gunter III and Accompanying Exhibit ("Administrative Motion.") The Administrative Motion established that the following designated material is subject to filing under seal:

- Lines 16–23 of page 7 of the Memorandum of Points and Authorities in Opposition to Plaintiff's Motion;
- Lines 3–5 of page 4 of the Gunter Declaration; and
- Exhibit E to the Gunter Declaration.

Therefore, pursuant to Rule 39-141 of the Local Civil Rules of the Eastern District of California, the Administrative Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

The following material shall be filed under seal:

- Lines 16–23 of page 7 of the Memorandum of Points and Authorities in Opposition to Plaintiff's Motion;
- Lines 3–5 of page 4 of the Gunter Declaration; and
- Exhibit E to the Gunter Declaration.

Dated: March 11, 2009

By _____
The Honorable Edmund F. Brennan
U.S. Magistrate Judge