UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF WATER RESOURCES<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP.<br><br>　　　　　Defendant. | Case No. 2:05-CV-00518-GEB-EFB<br><br>**ORDER EXTENDING EXPERT WITNESS DEADLINES**<br><br><br><br><br><br>Complaint filed: February 10, 2005 |

　　The Agreed Motion to Extend Expert Witness Deadlines is GRANTED.

　　Initial expert disclosures and report requirements are due on or before September 4, 2009, with any rebuttal expert disclosure due on or before October 5, 2009. All other deadlines set forth in the August 21, 2008 scheduling order remain in effect.

　　IT IS SO ORDERED.

DATED: 5/15/09

United States District Judge
Garland Burrell

-1-