STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB# 166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California  95661-3805
Telephone   (916) 797-3100
Facsimile    (916) 797-3131

J. CLIFFORD GUNTER III (Texas Bar No. 08627000)
BRACEWELL & GIULIANI LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

ANDREW EDISON (Texas Bar No. 00790629)
EDISON, MCDOWELL & HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway
Suite 2920
Houston, TX 77027

Attorneys for Defendant
POWEREX CORP., a Canadian Corporation

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA DEPARTMENT OF WATER RESOURCES, | ) ) ) | Case No.  2:05-CV-00518-GEB-EFB |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | [Proposed] ORDER DENYING PLAINTIFF'S *EX PARTE* REQUEST TO CONTINUE HEARING DATE |
| POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP. | ) ) ) | |
| Defendant. | ) ) | |

The *ex parte* application and request of Plaintiff California Department of Water Resources to continue the hearing date of Defendant Powerex Corp.'s Motion for Stay or, in the Alternative, Dismissal of Proceedings is hereby denied.

Dated:  July 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge