IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>              Plaintiff,<br><br>     v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP.,<br><br>              Defendants. | 2:05-cv-00518-GEB-EFB<br><br>ORDER |

On August 7, 2009, Plaintiff filed an ex parte request to continue the September 4, 2009, initial expert disclosure date, to September 18, 2009, asserting that good cause justifies the continuance. The good cause issue will not be reached but the continuance is granted since it is unclear why this continuance is disputed. Further, the prescribed rebuttal expert disclosure presently scheduled on or before October 5, 2009, is changed as follows: Any contradictory and/or rebuttal expert disclosure

1

1  authorized under Rule 26(a)(2)(c)(ii) shall be filed on or before
2  October 19, 2009.

3  Dated:  August 11, 2009

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge