IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF WATER RESOURCES, | ) ) ) | 2:05-cv-00518-GEB-EFB |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| POWEREX CORPORATION, | ) ) | |
| Defendant. | ) ) | |

The parties dispute in the Joint Status Report filed June 30, 2011, whether the stay imposed in this action should be lifted. Any party opining that the stay should be lifted shall file and notice for hearing a motion seeking to lift the stay.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 18, 2011 is vacated.

Dated: July 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1